# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0726

VERSUS

STEVEN OLIVIERI                                    **NOVEMBER 18, 2024**

---

In Re:     Steven Olivieri, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           603835-1.

---

**BEFORE:     THERIOT, CHUTZ, AND HESTER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion for production of documents, the guilty plea and sentencing transcripts, the district court's ruling on the motion, and any other portions of the district court record that might support the claims raised in the writ application.

                                    **MRT**
                                      **WRC**
                                      **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT